

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00379-CV

| | |
|---|---|
| HUTCHINSON INDUSTRIES, INC., Appellant | § On Appeal from the 348th District Court |
| | § of Tarrant County (348-299777-18) |
| V. | § September 29, 2022 |
| DBL DESIGNS, LLC, Appellee | § Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Hutchinson Industries, Inc. must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr